NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**INVUE SECURITY PRODUCTS INC.,**
*Appellant*

**v.**

**MOBILE TECH, INC.,**
*Appellee*

———————————

2018-1597

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01241.

———————————

## JUDGMENT

———————————

JOHN W. HARBIN, Meunier Carlin & Curfman, LLC, Atlanta, GA, argued for appellant.  Also represented by GREGORY JOSEPH CARLIN, DAVID S. MORELAND, WARREN JAMES THOMAS.

ANTHONY F. BLUM, Thompson Coburn LLP, St. Louis, MO, argued for appellee.  Also represented by ALAN NORMAN, MATTHEW A. BRAUNEL, DAVID B. JINKINS.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| March 8, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |